**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                                          Respondent,

v.

Tony Williams,                                                     Appellant.

Appeal From Kershaw County
G. Thomas Cooper Jr., Circuit Court Judge

Unpublished Opinion No. 2012-UP-343
Submitted May 1, 2012 – Filed June 6, 2012

**APPEAL DISMISSED**

Appellate Defender Kathrine H. Hudgins, of Columbia.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Solicitor Daniel E. Johnson, all of Columbia, for Respondent.

**PER CURIAM:** Tony Williams appeals his sentence, arguing the circuit court erred in imposing a sentence that differed from the sentence recommended by the State when the victim agreed to the State's recommended sentence. After a thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.